IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 MAR 18 AM 9:46

25-CV-1159
PAD

Walter De Jesus Marquez
_____
Full name of plaintiff
*Nombre completo del demandante*

v.

Physician Correctional y/o
DR- Raul Vilalobos, DR. Javier Villalobos
DR. Jose Rodriguez Galarza, Departamento De Correccion
_____
Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.    Previous lawsuits.
      *Pleitos radicados anteriormente.*

      A.    Have you brought other lawsuits in state or federal court dealing with the
            same facts involved in this action or otherwise relating to your
            imprisonment?

            *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que*
            *tengan que ver con los mismos hechos de la presente acción o que se*
            *relacionen con su reclusión?*

            (  )   Yes *(Si)*                    ( ✓ )   No

      B.    If your answer to "A" is yes, describe the lawsuit in the space below.  If there
            is more than one lawsuit, describe the additional lawsuits on another piece of
            paper using the same outline.

            *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en*
            *el espacio siguiente.  De existir más de un pleito, descríbalos en otro papel*

*utilizando el mismo modelo.*

1.  Parties to the previous lawsuit.
    *Partes en el pleito anterior.*

    Plaintiff(s)
    *Demandante(s)* _____ N | A _____

    _____ N | A _____

    Defendant(s)
    *Demandado(s)* _____ N | A _____

    _____ N | A _____

2.  Court.  If federal court, name the district, if state court, name the
    county or part.

    *Tribunal.  Si es un tribunal federal, indique el distrito, si es un tribunal
    estatal, indique el condado o sala.*

    _____ N/A _____

3.  Docket number.
    *Número asignado.* _____ N | A _____

4.  Name of judge to whom the case is assigned.
    *Nombre del juez a quien se le asignó el caso.*

    _____ N | A _____

5.  Disposition.  For example: Was the case dismissed?  Was it
    appealed?  Is it still pending?

    *Disposición.  Por ejemplo: ¿Se desestimó el caso?  ¿Se apeló?  ¿Se
    encuentra aún pendiente?*

    _____ N | A _____

6.  Approximate date of filing lawsuit.
    *Fecha aproximada en que radicó el pleito.*

    _____ N | A _____

7.  Approximate date of disposition.
    *Fecha aproximada en que se resolvió el pleito.*

    _____ N|A _____

II.  Place of confinement.
     *Lugar actual de reclusión.*

A.  Is there a prisoner's grievance procedure in the institution?
    *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

    ( ✓ )  Yes *(Si)*                    ( )  No

B.  Did you present the facts related to your complaint in the state prisoner's grievance procedure?
    *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

    ( ✓ )  Yes *(Si)*                    ( )  No

C.  If your answer is yes,
    *Si su contestación es afirmativa,*

    1.  What steps did you take?
        *¿Qué medidas tomó usted?*

        LLENE UN REMEDIO ADMINISTRATIVO Y
        VINO PLAGADA DE MENTIRAS. (TENGO COPIA)

    2.  What was the result?
        *¿Cuál fue el resultado?*

        NINGUNO.

        _____

D.  If your answer is No, explain why not.
    *Si su contestación es No, explique porqué.*

    POR QUE QUEJAS Y AGRAVIOS ES DE LA
    ADMINISTRACIÓN DE CORRECCIÓN Y NUNCA ESTAN
    A FAVOR DEL CONFINADO

42:1983                          -3-

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( ✓ )  Yes *(Sí)*                    (  )   No

F.   If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.   What steps did you take?
*¿Qué medidas tomó usted?*

HE HABLADO CON COMANDANTES, TENIENTES, SUPERINTENDENTES ETC.

2.   What was the result?
*¿Cuál fue el resultado?*

NINGUNO

III.   Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank.  Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea.  Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.   Name of plaintiff
*Nombre del demandante*   WALTER DE JESÚS MARQUEZ

Address
*Dirección*   INSTITUCIÓN CORRECCIONAL GUERRERO
6-A-1 P.O. BOX 3999 AGUADILLA P.R. 00603

42:1983                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado.  Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.   Defendant
     *Demandado*

Physician Correctional
DR. Raul Villalobos
Dr. Javier Villalobos
DR. Jose Rodriguez Galarza.

     is employed as
     *está empleado como*

Dueños Physician Correctional.
y DR. Jose Rodriguez Galarza Director operacional
De Physician Correctional

     at
     *en*

San Juan, Puerto Rico

IV.   Statement of Claim.
      *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates or statutes.  Do not give any legal arguments or cite any cases or statutes.  If you intend to alleged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso.  Describa la participación de cada uno de los demandados.  Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos.  No presente argumentos legales ni cite precedentes ni estatutos.  Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado.  Puede utilizar otra hoja de papel si lo considera necesario.*

Entré al sistema correccional el 24 de enero 2025 con una biopsia de calle que tengo cancer de prostata en etapa 5 y es agresivo llevo 2 años y 2 meses luchando con Physician y correccion para comenzar mi radio terapia y es la fecha que en 2 años no me han dado ni una radio terapia. Tengo en mi poder orden de juez, cartas de medicos etc. Son unos abusadores soy una persona de 63 años y no quiero morir confinado.

EL DIRECTOR MEDICO DR. IVAN ROSARIO ME HAN DICHO
QUE ME HAN DELEGADO ESTUDIOS POR SER MUY COSTOSOS.
EL UNICO TRATAMIENTO QUE ME HAN DADO SON 6 INYECCIONES
DE LUPRON QUE ES PARA DETENER EL AVANCE.

V.    Request for Relief.
      *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you.  Make no legal
arguments.  Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted.  No
escriba argumentos legales ni cite precedentes ni estatutos.*

QUE PHYSICIANS CORRECTIONAL, SUS DUEÑOS EL DOCTOR
RAUL VILLALOBOS Y EL DR. JAVIER VILLALOBOS, EL
DIRECTOR MEDICO OPERACIONAL DR. JOSE RODRIGUEZ
GALARZA Y EL DEPARTAMENTO DE CORRECCION POR
DAÑOS PSICOLOGICOS, DAÑOS Y PERJUICIOS POR
NO TENER EMPATIA CON LA VIDA. QUE ESTA DEMANDA
ES POR DOCIENTOS CINCUENTA MIL DOLARES (250,000)
Y QUE CREE UN PRECEDENTE PARA QUE ESTE ABUSO SE ACABE.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this ___10___ day of ___MARZO___ of ___2025___ .
    *(día)*    *(mes)*   *(año)*

             Plaintiff's signature
             *Firma del demándante*

42:1983        -6-